# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>    Plaintiff,<br>v.<br><br>CITY OF VISALIA and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 1:15-cv-00672-AWI-GSA<br><br>**ORDER ON STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF DATE FOR CITY OF VISALIA TO RESPOND TO THE COMPLAINT** |

Based on the parties' stipulation (ECF No. 6), the Court grants Defendant City of Visalia an extension of time to respond to the Complaint filed in this action. Absent further order by the Court, City of Visalia shall respond to the Complaint on or before June 29, 2015.

IT IS SO ORDERED.

Dated:   **May 29, 2015**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200