Leonard C. Herr, #081896
Ron Statler, #234177
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant, CITY OF VISALIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>          Plaintiff,<br>   v.<br><br>CITY OF VISALIA and DOES 1-20, inclusive,<br><br>          Defendants. | Case No.: 1:15-cv-00672-AWI-GSA<br><br>**ANSWER TO COMPLAINT**<br><br>**(DEMAND FOR JURY TRIAL)** |

Defendant City of Visalia (hereafter "City") answers the Complaint in the above-titled action as follows:

**GENERAL DENIAL**

1. City hereby files its general denial pursuant to Code of Civil Procedure §431.30(d). City herein denies generally and specifically, each and every allegation of said Complaint, both conjunctively and disjunctively and the whole thereof, and denies further that Plaintiff has been damaged in the amount claimed or in any other sum whatsoever or at all.

2. City further denies that there existed any dangerous condition on property controlled or owned by it, that it had a duty to warn anyone regarding any dangerous condition that may have existed, that it had notice, whether actual or constructive, of the existence of any dangerous or perceived dangerous

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**ANSWER TO COMPLAINT**

1 condition, or that the condition was created by City, its agents, servants, or
2 employees, or otherwise, or at all.

### SPECIAL DENIALS AND ADMISSIONS

3.   As to paragraphs 1, 4, 5, 20, 27, and 81 of the Complaint, City admits the facts contained therein.

4.   As to paragraphs 8 – 13, and 15-16 City, admits the allegations to the extent they accurately portray the contents of those documents, but, to the extent the truth of the documents are alleged, City denies.

5.   As to paragraphs 21, 23-26, 29-32, 35-43, 45-55, 57-66, 68-72, 74-79, 82-84, 86-96, 98-99, 101-106, 108-110, and 112-115 of the Complaint, City denies each and every allegation of fact contained therein.

6.   As to paragraphs 2, 3, 6, 7, 14, 17-19, 22, 33-34, 44, 56, 67, 73, 80, 85, 97, 100, 107, and 111 of the Complaint, Plaintiff alleges no independent material fact of liability as to City, and no admission or denial is necessary.  City does not object to jurisdiction or venue as set forth in paragraphs 2 & 3 but, to the extent any and all these paragraphs can be read to require an admission or denial of material fact, City denies.  And, to the extent any and all these paragraphs incorporate facts from other paragraphs, City hereby incorporates the corresponding denial or admission to each and every one of those facts.

7.   As to paragraphs 8-13, and 15-16, City admits the paragraphs accurately describe statements made in the cited documents.  City denies the allegations of fact made in those documents.

8.   In answer to paragraph 28, City admits a letter, described in the paragraph as the 2013 DTSC letter to the City, was sent, apparently by DTSC. City denies all other facts alleged in the paragraph.

### AFFIRMATIVE DEFENSES

9.   AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that Plaintiff has failed

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**ANSWER TO COMPLAINT**

1 to state facts sufficient to constitute a cause of action against City.

2     10.    AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the
3 causes of action sought to be stated in the Complaint, City alleges each cause of
4 action is barred by the applicable statute of limitations, including, but not limited
5 to, Code of Civil Procedure sections 337, 337.1, 337.5, 338, 338.3, 339, 340,
6 340.3 and 340.5.

7     11.    AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the causes
8 of action sought to be stated in the Complaint, City alleges that Plaintiff does not
9 have standing to assert this claim for damages, either in whole, or in part.

10     12.    AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the
11 causes of action sought to be stated in the Complaint, City alleges that Plaintiff
12 was comparatively negligent in and about the matters and activities alleged in the
13 Complaint, and that said carelessness and negligence contributed to and was the
14 proximate cause of the alleged injuries and damages, if any, or was the sole cause
15 thereof, and that Plaintiff's recovery should therefore be barred or reduced to the
16 extent of its negligence.

17     13.    AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes
18 of action sought to be stated in the Complaint, City alleges that other person(s)
19 were careless and negligent in and about the matters and activities alleged in the
20 Complaint and any loss, damage or injury, if any, sustained by Plaintiff was solely,
21 actually, directly and proximately caused thereby.

22     14.    AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes
23 of action sought to be stated in the Complaint, City alleges that the damages
24 which are the subject of this action, were solely, directly, and legally caused by
25 third parties or person(s), nor were the matters and activities alleged in the
26 Complaint reasonably foreseeable by City.

27     15.    AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
28 causes of action sought to be stated in the Complaint, City alleges that the liability

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**ANSWER TO COMPLAINT**

1  of City, if any, for Plaintiff's non-economic loss must be allocated in accordance
2  with the provisions of California Civil Code section 1431.2 (Proposition 51).

3    16.  AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE to the
4  causes of action sought to be stated in the Complaint, City alleges that Plaintiff's
5  damages, if any, were the result of Plaintiff's failure to reasonably mitigate its
6  damages.

7    17.  AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes
8  of action sought to be stated in the Complaint, City alleges that Plaintiff has failed
9  to give timely notice of its alleged, or any alleged, injuries and/or damages as
10 required by California Government Code sections 905, 910 and 911.

11   18.  AS A TENTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes
12 of action sought to be stated in the Complaint, City alleges that the matters
13 alleged in the Complaint were caused by the sole negligence or legal fault of
14 Plaintiff and/or other individuals who may or may not be parties to this action.

15   19.  AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
16 causes of action sought to be stated in the Complaint, City alleges that if City is
17 found to be liable on Plaintiff's Complaint, then such liability will have been
18 caused in whole, or in part, by the negligence, recklessness, gross negligence or
19 other legal fault of persons or entities other than City, who is not responsible.

20   20.  AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE to the
21 causes of action sought to be stated in the Complaint, City alleges that Plaintiff
22 was guilty of willful misconduct and wanton and reckless behavior in and about
23 the matters and events set forth in said Complaint and that said willful
24 misconduct and wanton and reckless behavior proximately contributed to the
25 injuries and damages alleged, if any there were.

26   21.  AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
27 causes of action sought to be stated in the Complaint, City alleges that Plaintiff
28 failed to exercise reasonable and ordinary care, caution or prudence for its own

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-

**ANSWER TO COMPLAINT**

1 safety in order to avoid the alleged accident and that the injuries and damages
2 complained of by Plaintiff in the Complaint on file herein are the direct result of its
3 sole fault and negligence thereby barring its claim completely.

4     22.   AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
5 causes of action sought to be stated in the Complaint, City alleges that Plaintiff
6 was careless and negligent in and about the matters alleged in the Complaint, and
7 that said carelessness and negligence on Plaintiff's own part proximately
8 contributed to the happening of the incident and/or occurrences and to the
9 injuries, loss and damage complained of, if any there be; that should Plaintiff
10 recover damages, City is entitled to have the amount thereof abated, reduced or
11 eliminated to the extent that Plaintiff's negligence caused or contributed to its
12 injuries, if any.

13     23.   AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
14 causes of action sought to be stated in said Complaint, City alleges that Plaintiff's
15 alleged injuries and damages were either wholly or in part caused by the
16 negligence and/or fault of other persons, corporations and entities, other than
17 City, including both parties and non-parties to this action, whether named or not
18 named, and that said negligence is either imputed to Plaintiff by reason of the
19 relationship of said parties to Plaintiff and/or said negligence comparatively
20 reduces the percentage of negligence, if any, by City.

21     24.   AS A SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
22 causes of action sought to be stated in said Complaint, City alleges that should it
23 be found that it is in any manner legally responsible for any of Plaintiff's damages,
24 which it expressly denies,  City alleges that other individuals, and/or persons,
25 companies or entities not parties to this action were careless and negligent in and
26 about the matters alleged in the Complaint, and therefore the proportionate
27 degree of negligence, carelessness or fault of each of these persons, companies, or
28 entities, whether made parties to this action or not, must be determined and

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-5-

**ANSWER TO COMPLAINT**

1  prorated, and that any judgment that might be rendered against City must be
2  reduced, not only by that degree of comparative negligence, fault and/or
3  assumption of risk found to exist as to the third parties, but also as to that degree
4  of negligence and/or fault found to exist as to said other persons, companies or
5  entities.

6  25.  AS A SEVENTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to
7  the causes of action sought to be stated in said Complaint, City alleges that if in
8  fact Plaintiff has suffered damages in any manner whatsoever, that said damages,
9  if any, were the direct and proximate result of the intervening and superseding
10 actions on the part of other persons or parties, and not City, and that such
11 intervening and superseding actions of said other parties bars recovery herein on
12 behalf of Plaintiff.

13 26.  AS AN EIGHTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to
14 the causes of action sought to be stated in said Complaint, City alleges it is
15 entitled to indemnification and apportionment against all other parties and/or
16 persons whose negligence contributed proximately to the happening of the claimed
17 incident or the alleged damages.

18 27.  AS A NINETEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the
19 causes of action sought to be stated in said Complaint, City alleges that it is
20 entitled to a right of contribution from the other parties and/or any other
21 person(s), whose negligence proximately contributed to the happening of the
22 claimed incident and/or alleged damages.

23 28.  AS A TWENTIETH AND SEPARATE AFFIRMATIVE DEFENSE to the
24 causes of action sought to be stated in said Complaint, City alleges Plaintiff's
25 damages, if any, as alleged, are speculative, uncertain, and not capable of being
26 determined by a finder of fact.

27 29.  AS A TWENTY-FIRST AND SEPARATE AFFIRMATIVE DEFENSE to
28 the causes of action sought to be stated in said Complaint, City alleges that

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-6-

**ANSWER TO COMPLAINT**

1  Plaintiff assumed the risk of any injuries and/or damages resulting from the
2  matters set forth in Complaint, and that said assumption of risk by Plaintiff was a
3  proximate cause of the injuries and/or damages alleged by Plaintiff, if any there
4  were.

5  30.  AS A TWENTY-SECOND AND SEPARATE AFFIRMATIVE DEFENSE
6  to the causes of action sought to be stated in the Complaint, City alleges that its
7  actions or failures to act were not the cause in fact or the proximate cause of any
8  injuries, loss, or damages alleged by Plaintiff, if any.

9  31.  AS A TWENTY-THIRD AND SEPARATE AFFIRMATIVE DEFENSE to
10 the causes of action sought to be stated in the Complaint, City alleges that under
11 Government Code sections 815 and 815.4, it is immune from each and every
12 cause of action that has been alleged in Plaintiff's Complaint, and any other cause
13 of action.

14 32.  AS A TWENTY-FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to
15 the causes of action sought to be stated in the Complaint, City alleges that it is
16 immune from tort liability from any actions of its agents, servants or employees
17 performed while exercising due care.  If any of City's employees, servants or agents
18 were involved in the allegations set forth in the Complaint each and every one of
19 them were exercising due care and did not abuse the discretion vested in them at
20 the time the alleged incident occurred or, in the alternative, were not acting in the
21 course and scope of their employment at the time of such involvement.  (California
22 Government Code sections 820.2 and 820.8).

23 33.  AS A TWENTY-FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to
24 the causes of action sought to be stated in said Complaint, City alleges that at the
25 times and places mentioned in the Complaint, that the risk created by the
26 condition was of such a minor, trivial, or insignificant nature in view of the
27 surrounding circumstances pertaining at the time of the accident, and thus no
28 dangerous condition existed within the meaning of California Government Code

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-7-

**ANSWER TO COMPLAINT**

section 830.2.

34. AS A TWENTY-SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it did not have either actual knowledge or constructive knowledge of any dangerous condition within the meaning of California Government Code section 835(b) and therefore is immune from liability.

35. AS A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file herein, and to each alleged cause of action contained therein, City alleges that that the Complaint is barred by the Doctrines of Estoppel.

36. AS A TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint on file herein, and to each alleged cause of action contained therein, City alleges that the Complaint is barred by the Doctrine of Laches.

37. AS A TWENTY-NINTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is not liable for the injuries alleged in the Complaint because the acts alleged as the basis for liability was reasonable when the probability and the gravity of potential injury to persons and property foreseeably exposed to the risk of injury is weighed against the practicability and cost of taking alternative action that would not create the risk of injury or of protecting against the risk of injury, City is therefore immune pursuant to California Government Code section 835.4(a), 840 and 840.6.

38. AS A THIRTIETH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is not liable for the injuries alleged in the Complaint because the action taken to protect against the risk of injury created by the condition or the failure to take such action was reasonable considering the time and opportunity available for taking action and when the probability and the gravity of potential injury to persons and

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-8-

**ANSWER TO COMPLAINT**

property foreseeable exposed to the risk of injury is weighed against the practicability and cost of protecting against the risk of such injury, City is therefore immune pursuant to California Government Code section 835.4(b).

39.  AS A THIRTY-FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that the alleged dangerous roadway condition was reasonably apparent to, and could have been anticipated by, a person exercising due care, including Plaintiff, and the exceptions to City's immunity provided in California Government Code section 830.8 therefore do not apply.

40.  AS A THIRTY-SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that the dangerous roadway condition alleged in the Complaint, if any there were, did not create a substantial risk of harm when used with due care; therefore, no dangerous condition existed as defined in California Government Code section 830(a).

41.  AS A THIRTY-THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is immune from liability pursuant to California Government Code sections 815, 818, 820.2, 820.8, 821, 822.2, 840, 840.6 and any other applicable statutes.

42.  AS A THIRTY-FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it acted in good faith and did not directly or indirectly perform any acts whatsoever which would constitute a breach of any duty owed to the Plaintiff be it statutory or otherwise.

43.  AS A THIRTY-FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is immune from liability because the injuries sustained, if any, were caused by conditions falling under design immunities set forth in Government Code sections

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-9-

**ANSWER TO COMPLAINT**

830.4 through 831.8.

44. AS A THIRTY-SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is immune from liability because the injuries sustained, if any, were caused by conditions falling under recreational immunities set forth in Government Code sections 830.4 through 831.8.

45. AS A THIRTY-SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges it was a bona fide purchaser of its property.

46. AS A THIRTY-EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that any release or threatened release of a hazardous substance was caused solely by an act of God or of war.

47. AS A THIRTY-NINTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that any release or threatened release of a hazardous substance was caused solely by an act or omission of a third party other than an employee or agent of City, or than one whose act or omission occurs in connection with a contractual relationship, existing directly or indirectly, with City.

48. AS A FORTIETH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that it is an innocent landowner.

49. AS A FORTY-FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that Plaintiff consented to any alleged public nuisance.

50. AS A FORTY-SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that its conduct was authorized by statute.

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-10-

**ANSWER TO COMPLAINT**

51. AS A FORTY-THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges its acts or omissions were undertaken out of necessity.

52. AS A FORTY-FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City alleges that this Court is without power under the separation of powers doctrine to afford the requested relief.

53. AS A FORTY-FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the causes of action sought to be stated in the Complaint, City reserves the right to allege further affirmative defenses as they may become known through the course of discovery.

WHEREFORE, City prays, as follows:

1. Plaintiffs take nothing by this action;

2. That City be awarded its costs of suit incurred herein;

3. That City be awarded reasonable attorney's fees; and

4. For such other and further relief as the Court deems just and proper.

Dated: June 29, 2015         HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorney for Defendant,
CITY OF VISALIA

**DEMAND FOR JURY TRIAL**

City demands a jury trial.

Dated: June 29, 2015         HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorney for Defendant,
CITY OF VISALIA

F:\Client Files\Visalia, City of, 700\701-00 COMMUNITY DEVELOPMENT\701-04 Economic Development\701-04-023 Mission Linen v. COV\Pleadings\Answer to Complaint.doc

Law Offices of
HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-11-

**ANSWER TO COMPLAINT**