LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:     (916) 930-0700
Fax:    (916) 930-0705
Email: ljgualco@gualcolaw.com

Attorney for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA,<br><br>                    Defendant. | Case No. 1:15-cv-00672-AWI-GSA<br><br>**STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO SERVE RULE 26 INITIAL DISCLOSURES AND ORDER**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date:  December 13, 2016 |

    Plaintiff Mission Linen Supply ("Plaintiff") and Defendant City of Visalia ("Defendant"), by and through their attorneys of record, having met and conferred on the issue of the date to serve to Initial Disclosures under Federal Rules of Civil Procedure, Rule 26 of September 30, 2015, hereby Stipulate and agree that good cause exists for an extension of that date and agree that the date for Plaintiff and Defendant to serve the Initial Disclosures should be extended by fifteen (15) days to October 15, 2015.  The parties jointly move for an order to that effect, as set forth below.

Dated: October 1, 2015                                      GUALCO LAW


                                                                By: /s/ Lori J. Gualco
                                                                   LORI J. GUALCO
                                                                   Attorney for Plaintiff MISSION LINEN
                                                                   SUPPLY

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

1

**STIPULATION AND JOINT REQUEST FOR EXTENSION OF DATE TO SERVE FRCP 26 INITIAL DISCLOSURES AND ORDER**

Dated: October 2, 2015                HERR PEDERSEN & BERGLUND LLP


By: /s/ Leonard C. Herr, as authorized on 10-2-15
    Leonard C. Herr
    Ron Statler
    Attorneys for Defendant CITY OF VISALIA

### ORDER

Based on the above Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, the date for the parties to serve Initial Disclosures is extended to October 15, 2015.

IT IS SO ORDERED.

Dated:  **October 6, 2015**               **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

2

STIPULATION AND JOINT REQUEST FOR EXTENSION OF DATE TO SERVE FRCP 26 INITIAL DISCLOSURES AND ORDER