LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:    (916) 930-0700
Fax:    (916) 930-0705
Email: ljgualco@gualcolaw.com

Attorney for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME REGARDING CLOSE OF NON-EXPERT DISCOVERY AND EXPERT DISCOVERY AND ORDER**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date:  December 13, 2016 |

　　　　Plaintiff Mission Linen Supply ("Plaintiff"), by and through its attorney of record, Gualco Law and Lori J. Gualco, and Defendant City of Visalia ("Defendant"), by and through its attorneys of record, Herr Pedersen & Berglund LLP and Leonard C. Herr have worked diligently to complete discovery in a timely manner, taking into account the schedules of witnesses and legal counsel; however, with the ambitious schedule to which both initially agreed, that schedule cannot be met given the full calendars of counsel, clients (corporate and city representatives) and percipient and expert environmental consultants.

　　　　The parties have met and conferred on the issue of moving the following discovery dates listed in numbers 1 through 4 below, and hereby stipulate and agree that good cause exists for an extension of those discovery dates and agree that the extended discovery dates shall be as follows:

　　　　1.　　Date of Non-Expert Discovery Cutoff extended from March 16, 2016
　　　　　　　to April 15, 2016;

2. Date of Initial Expert Disclosure extended from May 2, 2016 to June 2, 2016;

3. Date of Rebuttal Expert Disclosure extended from May 16, 2016 to June 16, 2016; and

4. Date of Discovery Cutoff and Expert Discovery Cutoff extended from June 30, 2016 to July 29, 2016.

The parties jointly move for an order regarding the above dates.

Dated:  February 8, 2016					GUALCO LAW


							By: /s/ Lori J. Gualco (as authorized on 2/8/2016)
							      LORI J. GUALCO
							      Attorney for Plaintiff MISSION LINEN SUPPLY


Dated:  February 8, 2016					HERR PEDERSEN & BERGLUND LLP


							By:  /s/ Leonard C. Herr
							      LEONARD C. HERR
							      Attorneys for Defendant CITY OF VISALIA


## ORDER

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia (Doc. 15), the extended dates for discovery are as follows:

1. The Non-Expert Discovery Cutoff is extended from March 16, 2016 to April 15, 2016;

2. The Initial Expert Disclosure is extended from May 2, 2016 to June 2, 2016;

3. The Rebuttal Expert Disclosure is extended from May 16, 2016 to June 16, 2016; and

4. The Discovery Cutoff and Expert Discovery Cutoff is extended from June 30, 2016 to July 29, 2016.

1   All other dates and orders outlined in the scheduling order issued on August 13, 2015 (Doc. 11) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 9, 2016**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE