1  LORI J. GUALCO (Bar No. 95232)
   GUALCO LAW
2  400 Capitol Mall, Eleventh Floor
   Sacramento, CA 95814
3  Tel:    (916) 930-0700
   Fax:    (916) 930-0705
4  Email: ljgualco@gualcolaw.com

5  Attorney for Plaintiff
   MISSION LINEN SUPPLY
6

7              UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

| 10 | MISSION LINEN SUPPLY, | Case No. 1:15-cv-00672-AWI-EPG |
|---|---|---|
| 11 | Plaintiff, | **STIPULATION AND SECOND JOINT REQUEST FOR EXTENSION OF TIME REGARDING CLOSE OF NON-EXPERT DISCOVERY AND EXPERT DISCOVERY AND ORDER** |
| 12 | v. | |
| 13 | CITY OF VISALIA, | |
| 14 | Defendant. | Date Complaint Filed: May 1, 2015 |
| 15 |  | Trial Date:  December 13, 2016 |

16

17         Plaintiff Mission Linen Supply ("Plaintiff"), by and through its attorney of record, Gualco
18  Law and Lori J. Gualco, and Defendant City of Visalia ("Defendant"), by and through its
19  attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr, having met and
20  conferred on the issue of moving the following discovery dates listed in numbers 1 through 4
21  below, hereby stipulate and agree that good cause exists for a second extension of discovery
22  dates in this case. The first extension of discovery dates was made on February 5, 2016 and an
23  order was signed and filed on February 8, 2016. Although Plaintiff's and Defendant's counsel
24  have worked diligently to complete discovery in a timely manner, the depositions of the below
25  three deponents have not been conducted due to counsel's and client's (corporate and city
26  representatives) busy schedules and other commitments. Also, Defendant City of Visalia's
27  FRCP Rule 30(b)(6) witnesses are being coordinated for a joint deposition with the case entitled
28

*Coppola v. Paragon Cleaners, Inc., et al.*, Case No.1:11-CV-01257-AWI-BAM.  The Plaintiff and Defendant agree that the extended discovery dates shall be as follows:

1. Date of Non-Expert Discovery Cutoff extended from April 15, 2016 to May 15, 2016 *only* for the depositions of the following witnesses to be conducted: Defendant City of Visalia FRCP Rule 30(b)(6) witness(es), Plaintiff Mission Linen Supply FRCP Rule 30(b)(6) witness(es), and Donald Moore;
2. Date of Initial Expert Disclosure extended from June 2, 2016 to July 6, 2016;
3. Date of Rebuttal Expert Disclosure extended from June 16, 2016 to August 16, 2016; and
4. Date of Expert Discovery Cutoff extended from July 29, 2016 to August 29, 2016.

The parties jointly move for an order regarding the above dates.

Dated:  April 7, 2016                         GUALCO LAW

By:  /s/ Lori J. Gualco
LORI J. GUALCO
Attorney for Plaintiff MISSION LINEN SUPPLY

Dated:  April 7, 2016                         HERR PEDERSEN & BERGLUND LLP

By:  /s/ Leonard C. Herr, as authorized on 4/7/16
Leonard C. Herr
Ron Statler
Attorneys for Defendant CITY OF VISALIA

ORDER

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, the extended dates for discovery are as follows:

1. Date of Non-Expert Discovery Cutoff extended from April 15, 2016 to May 15, 2016 *only* for the depositions of the following witnesses to be conducted: Defendant City of

Visalia FRCP Rule 30(b)(6) witness(es), Plaintiff Mission Linen Supply FRCP Rule 30(b)(6) witness(es), and Donald Moore;

2. Date of Initial Expert Disclosure extended from June 2, 2016 to July 6, 2016;

3. Date of Rebuttal Expert Disclosure extended from June 16, 2016 to August 16, 2016; and

4. Date of Expert Discovery Cutoff extended from July 29, 2016 to August 29, 2016.

All other dates and orders outlined in the scheduling order issued on August 13, 2015 (Doc. 11) remain in full force and effect, including the deadline for the filing of dispositive motions, the pretrial conference, and the trial.

IT IS SO ORDERED.

Dated: **April 12, 2016**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE