LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:     (916) 930-0700
Fax:    (916) 930-0705
Email: ljgualco@gualcolaw.com

Attorney for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA,<br><br>                Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**STIPULATION AND THIRD JOINT REQUEST FOR EXTENSION OF TIME REGARDING CLOSE OF NON-EXPERT DISCOVERY AND EXPERT DISCOVERY AND ORDER**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date:  December 13, 2016 |

      Plaintiff Mission Linen Supply ("Plaintiff Mission"), by and through its attorney of record, Gualco Law and Lori J. Gualco, and Defendant City of Visalia ("Defendant City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr, having met and conferred on the issue of moving the following discovery dates listed in numbers 1 through 4 below, hereby stipulate and agree that good cause exists for a third extension of discovery dates in this case.  The stipulation and request for order granting a first extension of discovery dates was submitted on February 5, 2016 and an order was signed and filed on February 8, 2016. The stipulation and request for order granting a second extension of discovery dates was submitted on April 7, 2016 and an order was signed on April 12, 2016 and filed on April 13, 2016. Defendant City's FRCP Rule 30(b)(6) witnesses were coordinated for a joint

deposition with the parties in the case entitled *Coppola v. Paragon Cleaners, Inc., et al.*, Case No.1:11-CV-01257-AWI-BAM.

Due to discovery being coordinated in this case and with the *Coppola v. Paragon Cleaners, Inc., et al.* case for the depositions of Defendant City's Rule 30(b)(6) witnesses, and those depositions being conducted the last week of April 2016, the parties have experienced a delay in the scheduling of several additional specified Defendant City depositions to be taken in this case and jointly in the *Coppola v. Paragon Cleaners, Inc., et al.* case.

The Plaintiff Mission and Defendant City agree that the extended discovery dates shall be as follows:

1. Date of Non-Expert Discovery Cutoff extended from May 15, 2016 to June 15, 2016 for the depositions of the following witnesses to be conducted: Defendant City of Visalia employees Jim Ross, Mike Olmos and Richard Paradez, and Brian Vanciel, a former employee of the City of Visalia, to be conducted jointly with the taking of these depositions in the *Coppola v. Paragon Cleaners, Inc. et al.* case;

2. Date of Initial Expert Disclosure extended from July 6, 2016 to July 27, 2016;

3. Date of Rebuttal Expert Disclosure extended from August 16, 2016 to August 30, 2016; and

4. Date of Expert Discovery Cutoff extended from August 29, 2016 to September 12, 2016.

Plaintiff Mission and Defendant City jointly move for an order regarding the above dates.

Dated:  May 11, 2016                                GUALCO LAW

```
                                    By: /s/ Lori J. Gualco
                                        LORI J. GUALCO
                                        Attorney for Plaintiff MISSION LINEN
                                        SUPPLY


Dated:  May 11, 2016                HERR PEDERSEN & BERGLUND LLP



                                    By: /s/ Leonard C. Herr, as authorized on 5-11-16
                                        Leonard C. Herr
                                        Ron Statler
                                        Attorneys for Defendant CITY OF VISALIA
```

## ORDER

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, the extended dates for discovery are as follows:

1. Date of Non-Expert Discovery Cutoff extended from May 15, 2016 to **June 15, 2016** for the depositions of the following witnesses to be conducted: Defendant City of Visalia employees Jim Ross, Mike Olmos and Richard Paradez, and Brian Vanciel, a former employee of the City of Visalia, to be conducted jointly with the taking of these depositions in the *Coppola v. Paragon Cleaners, Inc. et al.* case;

2. Date of Initial Expert Disclosure extended from July 6, 2016 to **July 27, 2016**;

3. Date of Rebuttal Expert Disclosure extended from August 16, 2016 to **August 30, 2016**; and

4. Date of Expert Discovery Cutoff extended from August 29, 2016 to **September 12, 2016**.

All other dates set forth in the scheduling order (ECF No. 11) remain unchanged, including the deadline for the filing of dispositive motions, the pretrial conference date, and trial date. The Court notes that this stipulation constitutes the fourth stipulation to amend the scheduling order that the parties have filed. The parties are thus advised that further requests to modify the scheduling order will be viewed with disfavor.

IT IS SO ORDERED.

Dated:  **May 12, 2016**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

4

**STIPULATION AND THIRD JOINT REQUEST FOR EXTENSION OF TIME RE: CLOSE OF NON-EXPERT & EXPERT DISCOVERY AND ORDER**