1 **LORI J. GUALCO**, SBN 095232
**GUALCO LAW**
2 400 Capitol Mall, Eleventh Floor
Sacramento, CA 95815
3 TEL: 916-930-0700
FAX: 916-930-0705
4 ljgualco@gualcolaw.com

5 **GREBEN & ASSOCIATES**
125 EAST DE LA GUERRA, SUITE 203
6 SANTA BARBARA, CA 93101
TEL: 805-963-9090
7 FAX: 805-963-9098

8 Jan A. Greben, SBN 103464
jan@grebenlaw.com
9 Christine M. Monroe, SBN 304573
christine@grebenlaw.com
10

11 Attorneys for Plaintiff MISSION LINEN SUPPLY

12
                       UNITED STATES DISTRICT COURT
13
                  EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
14

| MISSION LINEN SUPPLY, a California Corporation, | Case No.: 1:15-cv-00672-AWI-EPG |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CERTAIN AFFIRMATIVE DEFENSES** |
| v. | |
| CITY OF VISALIA, and Does 1-20, inclusive, | *Honorable Judge Anthony W. Ishii* |
| Defendants. | |

Plaintiff Mission Linen Supply ("Mission Linen") and the City of Visalia (the "City") (collectively the "Parties") hereby agree, stipulate and request that the Court enter an Order dismissing, *with prejudice*, the first, second, third, eighth, twenty-third, twenty-fourth, twenty-ninth, thirty-first, thirty-second, thirty-third, thirty-seventh, thirty-eighth and fortieth affirmative defenses

- 1 -

raised by the City in its Answer [Document No. 8], only. All remaining affirmative defenses raised in the City's Answer remain operative.

The dismissal of said affirmative defenses is not intended to operate as an adjudication on the merits, and no admission shall be construed as a result of the dismissal.  Additionally, the dismissal of the first affirmative defense (failure to state a claim) is intended to waive the City's right to challenge the pleadings, and is not intended to operate a waiver of relief under any substantive relief afforded under Federal Rules of Civil Procedure, Rules 50, 52 or 56, or any other similar motions or relief.

Good cause exists to dismiss said affirmative defenses because this stipulation was reached voluntarily and in good faith and following the Parties' meet and confer effort, made pursuant to the Court's Scheduling Order [Document 11] and Local Rule 260 regarding Mission Linen's intent to file a motion for partial summary judgment as to certain affirmative defenses raised by the City.

Date: July 13, 2016     GUALCO LAW

(Authorized on 7/13/16)     /s/ Lori J. Gualco

Lori J. Gualco
Attorney for Plaintiff Mission Linen Supply

Date: July 13, 2016     GREBEN & ASSOCIATES

/s/ Jan A. Greben

Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiff Mission Linen Supply

Date: July 13, 2016     HERR, PEDERSEN & BERGLUND LLP

(Authorized on 7/13/16)     /s/ Ron Statler

Leonard C. Herr
Ron Statler
Attorneys for Defendant City of Visalia

**[PROPOSED] ORDER**

The Parties have stipulated and agreed, and good cause appearing thereon, it is hereby ORDERED:

1. The City's first, second, third, eighth, twenty-third, twenty-fourth, twenty-ninth, thirty-first, thirty-second, thirty-third, thirty-seventh, thirty-eighth and fortieth affirmative defenses, as set forth in its Answer filed in the above captioned case as Document No. 8, are hereby dismissed *with prejudice*.

2. The stipulation and Order shall not operate as an adjudication on the merits or admission by either party.

3. The dismissal of the first affirmative defense (failure to state a claim) shall not operate as a waiver of the City's right to substantive relief under the Federal Rules of Civil Procedure.

4. All remaining affirmative defenses raised in the City's Answer remain operative.

IT IS SO ORDERED.

Dated:   July 15, 2016                       _____
                                             SENIOR  DISTRICT  JUDGE