1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8

**MISSION LINEN SUPPLY,**

**CASE NO. 1:15-CV-0672 AWI EPG**

9

**Plaintiff**

10

**v.**

**ORDER STRIKING DOCUMENT**

11

**CITY OF VISALIA,**

(Doc. No. 28)

12

**Defendants**

13

14

15    On July 15, 2016, an order on a stipulation was signed in error.  <u>See</u> Doc. No. 28.  The

16  Court will correct the error by striking the order.

17    Accordingly, IT IS HEREBY ORDERED that Doc. No. 28 is STRICKEN.

18

19  IT IS SO ORDERED.

20  Dated:   July 18, 2016

_____

21

SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28