LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel: (916) 930-0700
Fax: (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA  93101
Tel: (805) 963-9090
Fax: (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>                    Plaintiff,<br><br>      v.<br><br>CITY OF VISALIA,<br><br>                    Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**JOINT STIPULATION FOLLOWING RESCHEDULING OF THE TRIAL DATE AND ORDER**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date:  May 23, 2017 at 8:30 am |

Plaintiff Mission Linen Supply ("Plaintiff Mission"), by and through its attorneys of record, Gualco Law and Lori J. Gualco, and Greben & Associates and Jan A. Greben, and Defendant City of Visalia ("Defendant City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr and Ron Statler, having met and conferred on the issue of extending the close of discovery for experts due to the trial date being continued from December 13, 2016 to May 23, 2017, hereby stipulate and agree that good cause exists for a further extension of expert discovery dates in this case. There have been several stipulations and requests for orders granting extension of discovery dates submitted to the Court in this case and

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

1

JOINT STIPULATION FOLLOWING RESCHEDULING OF TRIAL DATE RE: CLOSE OF EXPERT DISCOVERY AND ORDER

all have been granted. Given the rescheduling of the trial date to May 23, 2017, the parties have stipulated and agreed that the close of discovery regarding expert witnesses be extended from September 12, 2016 to October 5, 2016.  Several expert witnesses in this case will most likely be coordinated for joint expert depositions with the parties in the case entitled *Coppola v. Paragon Cleaners, Inc., et al*., Case No. 1:11-CV-01257-AWI-BAM. The parties in the *Coppola v. Paragon Cleaners, Inc., et al*., Case No. 1:11-CV-01257-AWI-BAM case are simultaneously stipulating and seeking an order extending expert witness discovery from September 23, 2016 to October 5, 2016.

Due to expert discovery being coordinated in this case and with the *Coppola v. Paragon Cleaners, Inc., et al*. case for several joint expert depositions, the parties request that the close of expert discovery in this case be extended to October 5, 2016 so that it is consistent with the anticipated extended close of expert discovery date in the *Coppola v. Paragon Cleaners, Inc., et al*., case.

Plaintiff Mission and Defendant City agree that the extended discovery dates shall be as follows:

1. Date of Expert Discovery Cutoff extended from September 12, 2016 to October 5, 2016.

Plaintiff Mission and Defendant City jointly move for an order regarding the above date.

Dated:  August 5, 2016			GUALCO LAW

By: /s/ Lori J. Gualco
    LORI J. GUALCO
    Attorney for Plaintiff MISSION LINEN SUPPLY

GREBEN & ASSOCIATES

Dated:  August 5, 2016

By: /s/Christine M. Monroe as authorized on 8-5-16
    CHRISTINE M. MONROE
    Attorneys for Plaintiff MISSION LINEN SUPPLY

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

2
**JOINT STIPULATION FOLLOWING RESCHEDULING OF TRIAL DATE RE: CLOSE OF EXPERT DISCOVERY AND ORDER**

Dated: August 5, 2016                HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr as authorized on 8- 5-16
    Leonard C. Herr
    Ron Statler
    Attorneys for Defendant CITY OF VISALIA

### ORDER

The Court has reviewed this pleading and notes that the parties have not submitted a stipulation regarding the deadlines discussed at the informal discovery conference (Doc. 34), including supplemental disclosures based on the production of new documents, a rebuttal expert deadline, or a date for filing dispositive motions. Accordingly, the Court will add those dates in accordance with the new expert discovery deadline. The new deadlines in this case are as follows :

1. Defendant shall supplement expert disclosures based on the new documents received as discussed at the informal discovery dispute hearing no later than **August 11, 2016**;

2. The rebuttal expert discovery deadline is **August 26, 2016**;

3. The expert discovery cutoff is extended from September 12, 2016 to **October 5, 2016**;

4. Dispositive motions shall be filed on later than **December 5, 2016**;

5. The pre-trial conference will be held on **March 22, 2017 at 10:00 a.m**. before Judge Ishii;

6. The trial will be held on **May 22, 2017 at 8:30 a.m**. before Judge Ishii.

IT IS SO ORDERED.

Dated: **August 9, 2016**          /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

3

**JOINT STIPULATION FOLLOWING RESCHEDULING OF TRIAL DATE RE: CLOSE OF EXPERT DISCOVERY AND ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

4

**JOINT STIPULATION FOLLOWING RESCHEDULING OF TRIAL DATE RE: CLOSE OF EXPERT DISCOVERY AND ORDER**