LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:    (916) 930-0700
Fax:    (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA  93101
Tel:    (805) 963-9090
Fax:    (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY, a California Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA, and Does 1-20, inclusive,<br><br>            Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION/SETTLEMENT CONFERENCES**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date:  May 23, 2017 |

  This stipulation and proposed order is made by and between Mission Linen Supply and the City of Visalia (collectively referred to herein as "the Parties").

  Whereas, on March 15, 2017, the Parties filed a Joint Pretrial Conference Statement [Document 40] and the Parties have a status conference scheduled with the Court on March 22, 2017.

  Whereas, the Parties have informed the Court that a mediation session was scheduled with mediator Timothy Gallagher for March 28, 2017 in this case [Document 40, page 40].  The

Parties and Mr. Gallagher have now agreed to move the mediation date from March 28 to March 31, 2017 at Mr. Gallagher's office.  This will be the first mediation session for the Parties and Mr. Gallagher in this case.  Although the Parties expect to have a productive mediation session on March 31, 2017, it is anticipated that there may be follow-up mediation sessions necessary to reach a settlement among the Parties.  Those follow-up mediation sessions will be scheduled by mutual agreement between the Parties and Mr. Gallagher.

Whereas, the Parties and Mr. Gallagher have agreed mediation is necessary to attempt to reach a settlement in this case.  Mr. Gallagher does not require the personal attendance of the City of Visalia's carriers at the first mediation scheduled for March 31, 2017, and those carriers may participate via telephone and WebEx presentations.  It appears it is necessary for the Court to compel the personal attendance of each of the City's carriers with authority to settle the case to attend and participate in subsequent mediation sessions at Mr. Gallagher's office, located at 1875 Century Park East, Los Angeles, California, and the Parties request the Court allow for that personal attendance at subsequent mediation sessions.

The Parties hereby stipulate and agree that a settlement/mediation conference be set for March 31, 2017, with mediator Timothy Gallagher at his office in Los Angeles, California.  The Parties further request that the Court require counsel in person, and the City's insurers with settlement authority to participate via telephone and WebEx, at the first mediation session on March 31, and to attend subsequent mediation/settlement sessions in person.

Date:   March 17, 2017					GUALCO LAW


						/s/ Lori J. Gualco
						Lori J. Gualco
						Attorney for Plaintiff Mission Linen Supply


///

///

Date:   March 17, 2017                    GREBEN & ASSOCIATES


/s/ Jan A. Greben, as authorized on 3/17/17
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiff Mission Linen Supply


Date:   March 17, 2017                    HERR, PEDERSEN & BERGLUND LLP


/s/ Leonard C. Herr as authorized on 3/17/17
Leonard C. Herr
Attorneys for Defendant CITY OF VISALIA


### [PROPOSED] ORDER

Accordingly, IT IS HEREBY ORDERED that:

1.      The Parties shall mediate with neutral Timothy Gallagher on March 31, 2017, commencing at 9:00 a.m. at Mr. Gallagher's office.  Counsel for the Parties shall appear in person, and the City's insurers with settlement authority are required to participate in the settlement/mediation session via telephone and WebEx.  Counsel for the Parties, and the City's insurers with settlement authority, are to participate in person at any subsequent mediation sessions scheduled after March 31, 2017 by Mr. Gallagher and the Parties.

2.      The status conference scheduled for March 22, 2017, at 10:00 a.m. in Courtroom No. 2 remains on calendar as scheduled.

IT IS SO ORDERED.

Dated:   March 17, 2017                   _____
                                          SENIOR  DISTRICT  JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

3

STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION/SETTLEMENT CONFERENCES