# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MISSION LINEN SUPPLY,** | **CASE NO. 1:15-CV-0672 AWI EPG** |
| **Plaintiff** | |
| **v.** | **ORDER CORRECTING *NUNC PRO TUNC* THE DATES FOR SUBMISSION OF VOIR DIRE QUESTIONS AND AGREED SUMMARY OF THE CASE** |
| **CITY OF VISALIA,** | |
| **Defendant** | |

On March 31, 2017, the Court issued a pre-trial order in this case. <u>See</u> Doc. No. 44. On April 5, 2017, the parties submitted a stipulation whereby they pointed out two apparent errors in the pre-trial order and stipulated to correct those errors. <u>See</u> Doc. No. 45. A review of the pre-trial order shows that the date for the parties to submit their voir dire questions and their agreed summary of the case is May 8, 2017. <u>See</u> Doc. No. 44. The parties are correct that the date instead should be May 18, 2017. The Court will make the appropriate correction.

Accordingly, IT IS HEREBY ORDERED that the pre-trial order issued on March 31, 2017 (Doc. No. 44) is CORRECTED *NUNC PRO TUNC* so that the parties are to submit the agreed summary of the case and their respective voir dire questions by 4:00 p.m. on May 18, 2017.

IT IS SO ORDERED.

Dated:  __April 10, 2017__        _____

                                                                SENIOR  DISTRICT  JUDGE