LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel: (916) 930-0700
Fax: (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA 93101
Tel: (805) 963-9090
Fax: (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>                Plaintiff,<br><br>  v.<br><br>CITY OF VISALIA,<br><br>                Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**JOINT STIPULATION TO CORRECT TYPOGRAPHICAL ERRORS IN THE UNDISPUTED FACTS SECTION OF THE AMENDED PRETRIAL ORDER; AND (~~PROPOSED~~) ORDER**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date: October 3, 2017 at 8:30 am |

      Plaintiff Mission Linen Supply ("Plaintiff Mission"), by and through its attorneys of record, Gualco Law and Lori J. Gualco, and Greben & Associates and Jan A. Greben, and Defendant City of Visalia ("Defendant City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr and Caren L. Curtiss, having met and conferred on the issue of two typographical errors in the Undisputed Facts section of the Amended Pretrial Order [Document 68], hereby stipulate and agree that good cause exists for the correction of the

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

1

**JOINT STIPULATION TO CORRECT TWO TYPOGRAPHICAL ERRORS IN THE UNDISPUTED FACTS SECTION OF THE AMENDED PRETRIAL ORDER; AND (PROPOSED) ORDER**

following two typographical errors in the Undisputed Facts Section of the Amended Pretrial Order [Document 68].

Whereas, the Parties hereby stipulate and agree as follows:

1. That the language and date appearing in the Amended Pretrial Order in the Undisputed Facts section on page 3, line 15 be corrected from the 1979 to "1978", to be consistent with the facts developed in this case,to read as follows:

"… 8-inch vitrified clay pipe (VCP) sewer main beneath East Mineral King Avenue; from 1978 to …."

2. That the language appearing in the Amended Pretrial Order in the Undisputed Facts section on page 3, line 22 be corrected to include the words "sudden and", to be consistent with the facts developed in this case, to read as follows:

"There have been blockages and surcharge events that have caused sudden and accidental releases from …."

Plaintiff Mission and Defendant City jointly move for an order regarding the above corrections to the Amended Pretrial Order.


Dated:  June 13, 2017            GUALCO LAW

                                 By: /s/ Lori J. Gualco
                                     LORI J. GUALCO
                                     Attorney for Plaintiff MISSION LINEN
                                     SUPPLY


                                 GREBEN & ASSOCIATES
Dated:  June 13, 2017

                                 By: /s/Jan A. Greben as authorized on 6/13/17
                                     JAN A. GREBEN
                                     Attorneys for Plaintiff MISSION LINEN

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

2

**JOINT STIPULATION TO CORRECT TWO TYPOGRAPHICAL ERRORS IN THE UNDISPUTED FACTS SECTION OF THE AMENDED PRETRIAL ORDER; AND (PROPOSED) ORDER**

SUPPLY

Dated: June 13, 2017                    HERR PEDERSEN & BERGLUND LLP


                                        By: /s/ Leonard C. Herr as authorized on 6/13/17
                                            LEONARD C. HERR
                                            CAREN L. CURTISS
                                            Attorneys for Defendant CITY OF VISALIA


## **ORDER**

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, IT IS HEREBY ORDERED that:

1.  The language and date appearing in the Amended Pretrial Order in the Undisputed Facts section on page 3, line 15 be corrected from the 1979 to "1978", to be consistent with the facts developed in this case, to read as follows:

    "… 8-inch vitrified clay pipe (VCP) sewer main beneath East Mineral King Avenue; from 1978 to …."

2.  The language appearing in the Amended Pretrial Order in the Undisputed Facts section on page 3, line 22 be corrected to include the words "sudden and", to be consistent with the facts developed in this case, to read as follows:

    "There have been blockages and surcharge events that have caused sudden and accidental releases from …."


IT IS SO ORDERED.

Dated: June 15, 2017                    _____
                                        SENIOR DISTRICT JUDGE

JOINT STIPULATION TO CORRECT TWO TYPOGRAPHICAL ERRORS IN THE UNDISPUTED FACTS SECTION
OF THE AMENDED PRETRIAL ORDER; AND (PROPOSED) ORDER

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814