**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>        Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al.<br><br>        Defendants. | Case No.: 1:11-CV-01257-AWI-BAM<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SETTLEMENT CONFERENCE** |
| MISSION LINEN SUPPLY, a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, and Does 1-20, inclusive,<br><br>        Defendant. | Case No.: 1:15-CV-00672-AWI-EPG<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SETTLEMENT CONFERENCE** |

1      This stipulation is made by and between plaintiffs and counter-defendants Gary Coppola, an

2 individual; Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; Gary

3 Coppola, as Trustee of The Anthony M. Coppola Trust, and defendants, counter and cross-claimants,

4 and cross-defendants Paragon Cleaners, Inc.; Richard Laster; The Estate of Decatur Higgins,

5 deceased; The Estate of Mabel Elaine Higgins, deceased; Nash Properties, LLC; David H. Nash, as

6 the Successor Co-Trustee of The Jane Nash Trust; Richard P. Nash, as the Successor Co-Trustee of

7 The Jane Nash Trust; and the City of Visalia (collectively "Coppola Parties"); as well as plaintiff

8 Mission Linen Supply and defendant City of Visalia (collectively "Mission Linen Parties").

9      The Parties, through their respective counsel of record, hereby stipulate and request that the

10 Court set a Settlement Conference to be coordinated in both of the above-referenced cases. The

11 Parties request that the Settlement Conference be scheduled on September 13, 2017 at 10:30 a.m., or

12 at a time convenient for the Court, and that the Settlement Conference be held before Magistrate

13 Judge Grosjean or Magistrate Judge McAuliffe, subject to availability.

14      There is good cause to set a settlement conference coordinated in these matters as both cases

15 have been assigned to Senior District Court Judge, Anthony Ishii, have similar factual and legal

16 issues, as well as insurance coverage issues, particularly with respect to the City. The City's

17 insurance carriers in both cases are identical and coverage in one case is impacted by the other case.

18 As set forth below, all of the City's insurance carriers need to attend to ensure a final, universal

19 settlement in both cases.

20      With respect to the *Coppola v. Paragon* case:

21        1.     Good cause exists in ordering Counsel for the Coppola Parties to attend a

22 settlement conference because the Coppola Parties have reached a settlement in principal in the

23 *Coppola v. Paragon* case. However, the case cannot be dismissed and the settlement funded, unless

24 and until the City resolves pending issues with its insurance carriers. Despite efforts by the Parties,

25 they have been unable to finalize the settlement as a result of the insurance carriers.

26

27

28

2.　The Parties stipulate and request that all of the City's insurance claims representatives, primary and excess, and coverage counsel, with full settlement authority, be required to attend the Settlement Conference in person.

3.　The Parties further stipulate and request that the Court excuse from attendance Counsel and/or any party representatives for the Higgins/Nash Parties, as well as the Paragon and Laster Parties as there are no remaining issues with respect to their settlements, except for finalizing the global settlement conditioned on the issues set forth above.

With respect to the *Mission Linen v. City* case:

1.　Good cause exists in coordinating the settlement conference to set the Settlement Conference at the same time because counsel are substantially the same in both cases.

2.　The Parties stipulate and request that all of the City's insurance claims representatives, primary and excess, and coverage counsel, with full settlement authority, be required to attend the Settlement Conference in person.

The Parties further stipulate and agree that should it benefit the Court, the Coppola Parties and Mission Linen Parties submit confidential settlement conference statements to the selected Magistrate Judge at least 5 days before the scheduled conference, or at another time convenient to the Court.

It is so stipulated and respectfully submitted to the Court.

Date: August 25, 2017

GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST

| | |
|---|---|
| 1 | Date: August 25, 2017 (per authorization) | GUALCO LAW |
| 2 | | |
| 3 | | /s/ Lori J. Gualco |
| | | Lori J. Gualco |
| 4 | | Attorney for Defendant RICHARD LASTER |

Date: August 25, 2017
(per authorization)

GUALCO LAW

/s/ Lori J. Gualco

Lori J. Gualco

Attorney for Defendant RICHARD LASTER

Date: August 25, 2017
(per authorization)

GUALCO LAW

/s/ Lori J. Gualco

Lori J. Gualco

Attorney for Defendant PARAGON CLEANERS, INC.

Date: August 25, 2017
(per authorization)

HERR, PEDERSEN & BERGLUND LLP

/s/ Leonard C. Herr

Leonard C. Herr

Attorney for Defendant CITY OF VISALIA

Date: August 25, 2017
(per authorization)

WILLIAMS, BRODERSEN & PRITCHETT LLP

/s/ Steven R. Williams

Steven R. Williams

Attorney for Defendants THE ESTATE OF DECATUR HIGGINS, deceased; THE ESTATE OF MABEL ELAINE HIGGINS, deceased; NASH PROPERTIES, LLC; DAVID H. NASH, as the SUCCESSOR CO-TRUSTEE OF THE JANE NASH TRUST, a trust treated under the terms of the Last Will and Testament Of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust; and RICHARD P. NASH, as the SUCCESSOR CO-TRUSTEE OF THE JANE NASH TRUST, a trust created under the terms of the Last Will and Testament Of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust

Date: August 25, 2017                     GUALCO LAW
(per authorization)

                                          /s/ Lori J. Gualco
                                          Lori J. Gualco
                                          Attorney for Plaintiff MISSION LINEN
                                          SUPPLY

Date: August 25, 2017                     GREBEN & ASSOCIATES

                                          /s/ Jan A. Greben
                                          Jan A. Greben
                                          Christine M. Monroe
                                          Attorneys for Plaintiff MISSION LINEN
                                          SUPPLY

Date: August 25, 2017                     HERR, PEDERSEN & BERGLUND LLP
(per authorization)

                                          /s/ Leonard C. Herr
                                          Leonard C. Herr
                                          Attorney for Defendant CITY OF VISALIA


# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation, and good cause appearing thereon, it is HEREBY ORDERED that:

1. Counsel for plaintiff Mission Linen Supply and defendant City of Visalia are required to attend a Settlement Conference;

2. Counsel for plaintiffs and counter-defendants Gary Coppola, an individual; Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; Gary Coppola, as Trustee of The Anthony M. Coppola Trust, and defendants, counter and cross-claimants, and cross-defendants Paragon Cleaners, Inc.; Richard Laster; and the City of Visalia are required to attend a Settlement Conference;

3. Attendance by Mr. Williams, counsel for The Estate of Decatur Higgins, deceased; The Estate of Mabel Elaine Higgins, deceased; Nash Properties, LLC; David H. Nash, as the

Successor Co-Trustee of The Jane Nash Trust; Richard P. Nash, as the Successor Co-Trustee of The Jane Nash Trust, is not mandatory;

4. All of the City's insurance claims representatives, primary and excess, and coverage counsel, with full settlement authority, are required to attend in-person;

5. The Settlement Conference is set for September 13, 2017 at **9:30 a.m**. and will be held before **Magistrate Judge Barbara A. McAuliffe**;[1] and

6. The Parties shall submit a confidential settlement conference statement to Magistrate Judge McAuliffe on or before **September 6, 2017**.

IT IS SO ORDERED.

Dated:   August 28, 2017                                   

                                      SENIOR DISTRICT JUDGE

---

[1] The Court notes that, as required by the Local Rules, the parties in these cases filed a "Notice Of Waiver Of Disqualification Of Settlement Judgement Pursuant To Local Rule 270(b)." <u>See</u> *Coppola* Doc. No. 480; *Mission Linen* Doc. No. 77.