LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel: (916) 930-0700
Fax: (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA 93101
Tel: (805) 963-9090
Fax: (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>              Plaintiff,<br><br>  v.<br><br>CITY OF VISALIA,<br><br>              Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**JOINT STIPULATION TO CONTINUE THE TRIAL DATE FROM OCTOBER 3, 2017 TO OCTOBER 11, 2017 AND WAIVING A JURY; AND (~~PROPOSED~~) ORDER** |

Plaintiff Mission Linen Supply ("Mission Linen"), by and through its attorneys of record, Gualco Law and Lori J. Gualco, and Greben & Associates and Jan A. Greben, and Defendant City of Visalia ("City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr, (collectively the "Parties") having met and conferred on the issue of continuing the trial date from October 3, 2017 to October 11, 2017, and waiving the jury, hereby

stipulate and agree that good cause exists for the continuation of the trial date in this case, and for waiving the jury trial.

Whereas, consistent with the Orders of the Court, [Documents 78 and 80] the Parties participated in a settlement conference with Magistrate Judge McAuliffe on September 13, 2017. The Parties did not reach a settlement in the case, but were able to meet and confer on trial issues during the settlement conference with the assistance of Magistrate Judge McAuliffe.

Whereas, legal counsel for the parties believe the administration of justice, resources of the court and the parties are better served by continuing the trial from October 3, 2017 to October 11, 2017 and by the Parties waiving their requests for a jury trial. The Parties also inform the Court that they will be meeting and conferring early in the week of September 18, 2017, to discuss narrowing the issues for trial and potentially withdrawing certain Motions in Limine currently pending.

Whereas, the Parties hereby stipulate and agree as follows:

1. The Parties have a hearing scheduled for September 18, 2017 on the Motions in Limine and the Jury Trial brief issues filed by Plaintiff Mission Linen and Defendant City. The Parties request that the Court reschedule the Motions in Limine to September 25, 2017 at 1:30 p.m. and vacate the Jury Trial brief issues motion on September 18, 2017, as that motion is moot with the waiving of the jury trial by the Parties. As to all other pre-trial deadlines, the Parties request that the Court move those deadlines to one week later.

2. A Jury Trial in this case is waived by Mission Linen and the City.

3. The Parties request a status conference be scheduled on September 25, 2017 at 1:30 p.m. to discuss pending trial issues with the Parties.

4. Plaintiff Mission and Defendant City agree that the trial scheduled for October 3, 2017 be continued to October 11, 2017 at 8:30 a.m. in the courtroom of Judge Anthony W. Ishii.

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

2

**JOINT STIPULATION TO CONTINUE THE TRIAL DATE TO OCTOBER 11, 2017 AND WAIVING A JURY; AND (PROPOSED) ORDER**

5. Plaintiff Mission and Defendant City jointly move for an order regarding the above dates.

September 14, 2017  GUALCO LAW

By: /s/ Lori J. Gualco as authorized on 9/14/17
    LORI J. GUALCO
    Attorney for Plaintiff MISSION LINEN SUPPLY

Dated: September 14, 2017  GREBEN & ASSOCIATES

By: /s/Jan A. Greben as authorized on 9/14/17
    JAN A. GREBEN
    Attorneys for Plaintiff MISSION LINEN SUPPLY

Dated: September 14, 2017  HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr as authorized on 9/14/17
    LEONARD C. HERR
    Attorneys for Defendant CITY OF VISALIA

## **ORDER**

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, IT IS HEREBY ORDERED that:

1. The Parties have a hearing scheduled for September 18, 2017 on the Motions in Limine and the Jury Trial brief issues filed by Plaintiff Mission Linen and Defendant City. The Court reschedules the Motions in Limine to September 25, 2017 at 1:30 p.m. and vacates the Jury Trial brief issues motion on September 18, 2017, as that motion is moot with the waiving of the jury trial by the Parties. As to all other pre-trial deadlines, the Court hereby moves those deadlines to one week later than the dates currently scheduled.

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

3

**JOINT STIPULATION TO CONTINUE THE TRIAL DATE TO OCTOBER 11, 2017 AND WAIVING A JURY; AND (PROPOSED) ORDER**

2. A Jury Trial in this case is waived by Mission Linen and the City.

3. A status conference is scheduled on September 25, 2017 at 1:30 p.m. to discuss pending trial issues with the Parties.

4. Trial scheduled for October 3, 2017 shall be continued to October 11, 2017, at 8:30 a.m. in the courtroom of Judge Anthony W. Ishii.

5. <u>As soon as possible</u>, but no later than 9:30 a.m. on Wednesday, September 20, 2017, the parties shall each inform the Court as to which currently pending motions will be withdrawn, and each party shall file a corresponding formal notice of withdrawal.

IT IS SO ORDERED.

Dated: September 14, 2017  _____
SENIOR DISTRICT JUDGE