1  LORI J. GUALCO (Bar No. 95232)
   GUALCO LAW
2  400 Capitol Mall, Eleventh Floor
   Sacramento, CA 95814
3  Tel:   (916) 930-0700
   Fax:   (916) 930-0705
4  Email: ljgualco@gualcolaw.com

5  JAN A. GREBEN (Bar No. 103464)
   CHRISTINE M. MONROE (Bar No. 304573)
6  GREBEN & ASSOCIATES
   125 E. De La Guerra Street, Suite 203
7  Santa Barbara, CA 93101
   Tel:   (805) 963-9090
8  Fax:   (805) 963-9098
   Email: jan@grebenlaw.com
9  Email: christine@grebenlaw.com

10 Attorneys for Plaintiff
   MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, and Does 1-20, inclusive,<br><br>Defendant. | Case No.: 1:15-cv-00672-AWI-EPG<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING MOTIONS IN LIMINE PURSUANT TO DOCUMENT 91; ORDER**<br><br>Hearing Date: September 25, 2017<br>Hearing Time: 1:30 p.m.<br><br>*Honorable Judge Anthony W. Ishii* |

Pursuant to Document 91, plaintiff Mission Linen Supply ("Mission Linen") and defendant City of Visalia ("City") provide the following joint status report regarding their respective pending motions in limine set to be heard on September 25, 2017.

1. **Mission Linen MIL #1**: The parties have reached an agreement and hereby stipulate that the City shall limit Dr. Sweetland's direct examination to her expert report, rebuttal expert report and deposition testimony and will not go into areas outside that scope,

- 1 -

except should the door be opened during cross-examination by Mission Linen's counsel. Based on this stipulation, the motion is hereby withdrawn and the Court need to make a ruling.

2. **Mission Linen MIL #2**: The parties have not been able to reach an agreement as to this motion.

3. **Mission Linen MIL #3**: The parties have not been able to reach an agreement as to this motion.

4. **Mission Linen MIL #4**: Previously withdrawn.

5. **Mission Linen MIL #5**: The parties have reached an agreement and hereby stipulate that the City will not use deposition testimony during trial, except for purposes of impeachment, or unless a witness is later found to be "unavailable" within the meaning of the Federal Rules of Evidence. Based on this stipulation, the motion is hereby withdrawn and the Court need to make a ruling.

6. **Mission Linen MIL #6**: The parties have not been able to reach an agreement as to this motion.

7. **Mission Linen MIL #7**: The parties have reached an agreement and the City does not oppose this motion. The parties hereby stipulate to the relief sought in Mission Linen's motion, striking the stated immunity defenses from the operative pretrial order (expressly excluding the City's operative design immunity defenses). Based on this stipulation, the motion is hereby withdrawn and the Court need to make a ruling.

8. **Mission Linen MIL #8**: The parties have reached an agreement and the City does not oppose this motion. The parties hereby stipulate to the relief sought in Mission Linen's motion, striking the stated innocent landowner/contiguous owner defenses from the operative pretrial order. Based on this stipulation, the motion is hereby withdrawn and the Court need to make a ruling.

9. **City MIL # 1**: The parties have not been able to reach an agreement as to this motion.

10. **City MIL # 2**: The parties have not been able to reach an agreement as to this motion.

11. **City MIL # 3**: The parties have not been able to reach an agreement as to this motion.

12. **City MIL # 4**: The parties have not been able to reach an agreement as to this motion.

13. **Mission Linen's Exhibit and Notice of Violation Motions:** The Parties also met and conferred regarding the pending exhibit motions also set for hearing on September 25. The parties have been unable to reach an agreement.

Dated: September 20, 2017
(*Per authorization*)                    GUALCO LAW

                                         /s/ Lori Gualco
                                         Lori J. Gualco
                                         Attorney for Plaintiff MISSION LINEN
                                         SUPPLY

Dated: September 20, 2017                GREBEN & ASSOCIATES

                                         /s/ Jan Greben
                                         Jan A. Greben
                                         Christine M. Monroe
                                         Attorneys for Plaintiff MISSION LINEN
                                         SUPPLY

Date: September 20, 2017                 HERR, PEDERSEN & BERGLUND LLP
(*Per authorization*)

                                         /s/ Leonard Herr
                                         Leonard C. Herr
                                         Ron Statler
                                         Caren C. Curtiss
                                         Attorney for Defendant CITY OF VISALIA

## DISCUSSION

The Court will give effect to the parties' stipulations with respect to the Plaintiff's motions in limine. The subject matter of Plaintiff's motions one, five, seven, and eight will be considered resolved by stipulation per the terms above, and the motions themselves will be deemed withdrawn. Plaintiff's motions in limine two, three, and six, Defendant's motions one, two, three, and four, and Plaintiff's supplemental motions regarding trial exhibits (Doc. No. 87) and supplemental discovery disclosures (Doc. No. 88) remain pending and will be addressed at the September 25, 2017 hearing.

1
2   IT IS SO ORDERED.
3   Dated:   September 20, 2017                    _____
                                                    SENIOR  DISTRICT  JUDGE
4
5
6
...
28