LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel: (916) 930-0700
Fax: (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA 93101
Tel: (805) 963-9090
Fax: (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF VISALIA,<br><br>               Defendant. | Case No. 1:15-cv-00672-AWI-EPG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL UNDISPUTED FACTS**<br><br>Date Complaint Filed: May 1, 2015<br>Trial Date: October 11, 2017 |

      Plaintiff Mission Linen Supply ("Plaintiff Mission"), by and through its attorneys of record, Gualco Law and Lori J. Gualco, and Greben & Associates and Jan A. Greben, and Defendant City of Visalia ("Defendant City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr and Caren L. Curtiss, having met and conferred on the issue of agreeing to additional Undisputed Facts to be added to the Amended Pretrial

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

1

**JOINT STIPULATION RE ADDITIONAL UNDISPUTED FACTS; [PROPOSED] ORDER**

Order [Document 68] and the Joint Stipulation to Correct Typographical Errors in the Undisputed Facts Section of The Amended Pretrial Order; and Order [Document 71], hereby stipulate and agree that good cause exists for the addition of the following Undisputed Facts:

1. The City's sewer mains and trunks, only (without admission of any other portion of the sewer system, including the side sewers, laterals and/or wyes), are a facility within the meaning of CERCLA.

2. The City is a covered person within the meaning of 42 U.S.C. § 9607 (a)(1) as the owner and operator of the sewer mains and trunks (facility).

3. Plaintiff has incurred at least some necessary response costs to meet the minimal threshold required for establishing its CERCLA claims against the City.

The Parties dispute whether Mission Linen's response actions were consistent with the National Contingency Plan with respect to public participation. Additionally, the issues of allocation and/or damages remain an issue for trial and the Parties' do not waive any argument regarding these matters.

Plaintiff Mission and Defendant City jointly move for an order regarding the above additional Undisputed Facts to the Amended Pretrial Order.

Dated: October 3, 2017        GUALCO LAW

                              By: /s/ Lori J. Gualco
                                  LORI J. GUALCO
                                  Attorney for Plaintiff MISSION LINEN
                                  SUPPLY

Dated: October 3, 2017        GREBEN & ASSOCIATES

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

2

JOINT STIPULATION RE ADDITIONAL UNDISPUTED FACTS; [PROPOSED] ORDER

By: /s/Jan A. Greben as authorized on 10/03/17
    JAN A. GREBEN
    CHRISTINE M. MONROE
    Attorneys for Plaintiff MISSION LINEN SUPPLY

Dated: October 3, 2017    HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr as authorized on 10/03/17
    LEONARD C. HERR
    CAREN L. CURTISS
    Attorneys for Defendant CITY OF VISALIA

## ORDER

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, IT IS HEREBY ORDERED that the following additional Undisputed Facts be added to the Amended Pretrial Order [Document 68] and the Joint Stipulation to Correct Typographical Errors in the Undisputed Facts Section of The Amended Pretrial Order; and Order [Document 71]:

1. The City's sewer mains and trunks, only (without admission of any other portion of the sewer system, including the side sewers, laterals and/or wyes), are a facility within the meaning of CERCLA.

2. The City is a covered person within the meaning of 42 U.S.C. § 9607 (a)(1) as the owner and operator of the sewer mains and trunks (facility).

3. Plaintiff has incurred at least some necessary response costs to meet the minimal threshold required for establishing its CERCLA claims against the City.

The Parties dispute whether Mission Linen's response actions were consistent with the National Contingency Plan with respect to public participation. Additionally, the issues of allocation and/or damages remain an issue for trial and the Parties' do not waive any argument regarding these matters.

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814

3

**JOINT STIPULATION RE ADDITIONAL UNDISPUTED FACTS; [PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: October 4, 2017           _____
                                 SENIOR DISTRICT JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA
95814