LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:   (916) 930-0700
Fax:   (916) 930-0705
Email: ljgualco@gualcolaw.com

JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA  93101
Tel:  (805) 963-9090
Fax:  (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, and Does 1-20, inclusive,<br><br>    Defendant. | Case No.: 1:15-cv-00672-AWI-EPG<br><br>**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL REGARDG CERTAIN CAUSES OF ACTION, ONLY, FROM MISSION LINEN'S COMPLAINT; [PROPOSED] ORDER**<br><br>*Honorable Judge Anthony W. Ishii* |

///

///

///

///

///

///

It is hereby stipulated by and between plaintiff Mission Linen Supply ("Mission Linen") and defendant City of Visalia ("City") that pursuant to Federal Rules of Civil Procedure, Rule 41(a), the following causes of action, only, are voluntarily dismissed <u>without</u> prejudice from Mission Linen's Complaint (Document 2):

1. Third Cause of Action for Continuing Private Nuisance;
2. Fourth Cause of Action for Nuisance Per Se;
3. Fifth Cause of Action for Declaratory Relief;
4. Sixth Cause of Action for Dangerous Condition of Public Property;
5. Seventh Cause of Action for Continuing Public Nuisance; and
6. Eighth Cause of Action for Equitable Indemnity.

It is further stipulated that each party shall bear their own attorney's fees and costs.

Dated: October 3, 2017            GUALCO LAW

                                  /s/ Lori J. Gualco
                                  Lori J. Gualco
                                  Attorney for Plaintiff MISSION LINEN
                                  SUPPLY

Dated: October 3, 2017            GREBEN & ASSOCIATES

                                  /s/ Jan A. Greben as authorized on 10/03/17
                                  Jan A. Greben
                                  Christine M. Monroe
                                  Attorneys for Plaintiff MISSION LINEN
                                  SUPPLY

Date: October 3, 2017             HERR, PEDERSEN & BERGLUND LLP

                                  /s/ Leonard C. Herr as authorized on 10/03/17
                                  Leonard C. Herr
                                  Attorney for Defendant CITY OF VISALIA

**[PROPOSED] ORDER**

Based on the foregoing stipulation, and good cause appearing thereon, it is HEREBY ORDERED that:

1. The following causes of action, only, are dismissed <u>without</u> prejudice from Mission Linen's Complaint (Document 2):
    a. Third Cause of Action for Continuing Private Nuisance;
    b. Fourth Cause of Action for Nuisance Per Se;
    c. Fifth Cause of Action for Declaratory Relief;
    d. Sixth Cause of Action for Dangerous Condition of Public Property;
    e. Seventh Cause of Action for Continuing Public Nuisance; and
    f. Eighth Cause of Action for Equitable Indemnity.
2. Each party shall bear their own attorney's fees and costs; and
3. The operative Pre-Trial Order shall be considered amended to exclude references related to Mission Linen's Third Cause of Action for Continuing Private Nuisance, Fourth Cause of Action for Nuisance Per Se, Fifth Cause of Action for Declaratory Relief, Sixth Cause of Action for Dangerous Condition of Public Property, Seventh Cause of Action for Continuing Public Nuisance, and Eighth Cause of Action for Equitable Indemnity.

IT IS SO ORDERED.

Dated:  October 4, 2017                   _____
                                          SENIOR DISTRICT JUDGE