JAN A. GREBEN (Bar No. 103464)
CHRISTINE M. MONROE (Bar No. 304573)
GREBEN & ASSOCIATES
125 E. De La Guerra Street, Suite 203
Santa Barbara, CA  93101
Tel:   (805) 963-9090
Fax:  (805) 963-9098
Email: jan@grebenlaw.com
Email: christine@grebenlaw.com

Attorneys for Plaintiff
MISSION LINEN SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MISSION LINEN SUPPLY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, and Does 1-20, inclusive,<br><br>Defendant. | Case No.: 1:15-cv-00672-AWI-EPG<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON REQUEST TO CONTINUE JUNE 11, 2018 HEARING**<br><br>Date:     June 11, 2018<br>Time:    1:30 p.m.<br>Crt.:       2, 8th Floor<br><br>*Honorable Judge Anthony W. Ishii* |

Plaintiff Mission Linen Supply ("Mission Linen"), by and through its attorneys of record, Greben & Associates and Jan A. Greben, and Defendant City of Visalia ("City"), by and through its attorneys of record, Herr, Pedersen & Berglund LLP and Leonard C. Herr, having met and conferred, stipulate and request that the Court continue the status conference and further closing argument hearing from June 11, 2018 to July 2, 2018.  Good cause exists for the continuance because Magistrate Judge Grosjean has scheduled a further settlement conference for June 27, 2018, and the Parties will not have a substantive report for the Court until after that conference.

///

The Parties further stipulate and request that the Court approve a telephonic appearance at the continued hearing should such hearing be a further status conference, depending on the outcome of the settlement conference.

Dated: May 30, 2018　　　　　　　　　GREBEN & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　/s/ Jan A. Greben
　　　　　　　　　　　　　　　　　　　Jan A. Greben
　　　　　　　　　　　　　　　　　　　Christine M. Monroe
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff MISSION LINEN SUPPLY


Dated: May 30, 2018　　　　　　　　　HERR PEDERSEN & BERGLUND LLP
(per authorization)

　　　　　　　　　　　　　　　　　　　　/s/ Leonard C. Herr
　　　　　　　　　　　　　　　　　　　Leonard C. Herr
　　　　　　　　　　　　　　　　　　　Caren L. Curtiss
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY OF VISALIA


## **ORDER**

Based on the above Joint Stipulation of Plaintiff Mission Linen Supply and Defendant City of Visalia, IT IS HEREBY ORDERED that the status conference will be held on July 2, 2018, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:　June 1, 2018　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE